# Exhibit F



November 13, 2024

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
38 River Road
Essex Junction, VT 05479-0001

**U.S. Citizenship and Immigration Services**

GRETEL IVON NORIEGA ELIAS
c/o LAW OFFICES OF RACHEL L RADO
175 PORTLAND STREET 2ND FLOOR
BOSTON, MA 02203



EAC2420150826



RE: AMALIA ELIAS GOMEZ
I-914A, Application for Family Member of T-1
Recipient (Form I-914 Supplement A)

A247-033-308

## REQUEST FOR EVIDENCE

**IMPORTANT: THIS NOTICE CONTAINS YOUR UNIQUE RECEIPT NUMBER. THIS PAGE MUST BE SUBMITTED WITH THE REQUESTED EVIDENCE.**

You are receiving this notice because U.S. Citizenship and Immigration Services (USCIS) requires additional evidence to process your form. Please provide the evidence requested on the attached page(s).

**Your response must be received in this office by February 10, 2025.**

Please note that you have been allotted the maximum period allowed for responding to a Request for Evidence (RFE). The time period for responding cannot be extended. See Title 8 Code of Federal Regulations (8 CFR), Section 103.2(b)(8)(iv). Because many immigration benefits are time sensitive, you are encouraged to respond to this request as early as possible, but no later than the deadline provided above. If you do not respond to this notice within the allotted time, your case may be denied. The regulations do not provide for an extension of time to submit the requested evidence.

You must submit all requested evidence at the same time. If you submit only some of the requested evidence, USCIS will consider your response a request for a decision on the record. See 8 CFR 103.2(b)(11). If you submit a document in any language other than English, the document must be accompanied by a full and **complete** English translation. The translator must certify that the translation is accurate and he or she is competent to translate from that language to English. **If you submit a foreign language translation in response to this request for evidence, you must also include a copy of the foreign language document.** The processing of your form or benefit request will resume upon timely receipt of your response. Written inquiries may be mailed to:

USCIS Vermont Service Center
ATTN: VAWA T U Division
38 River Road
Essex Junction, VT 05479-0001

Your written inquiry must be signed and should include your A-number, receipt number, and indicate the purpose of your inquiry.

Principal Name: GRETEL NORIEGA ELIAS
Principal A-Number: A088716258

U.S. Citizenship and Immigration Services (USCIS) has reviewed your Form I-914, Supplement A, Application for Family Member of T-1 Recipient and supporting evidence. You did not submit sufficient evidence to establish eligibility. Therefore, additional evidence is needed.

**Present Danger of Retaliation**

USCIS acknowledges the statement of Amalia Elias Gomez which describes her experience while working for David Steven (Steven) at the Blue Moon Grill in Wakefield, Massachusetts. The statement indicates that Amalia worked from March 2010 until the second week of June 2010. The statement describes that she was subjected to sexual harassment, was not being paid correctly for all hours worked, was not provided sufficient breaks, and assigned additional duties that were not her responsibility. The statement indicates that after three months or working, she was exhausted of Steven's abusive behavior and not getting paid, she stopped going to work.

The statement does not establish that Amalia Elias Gomez faces a present danger of retaliation as a result of your escape from a severe form of trafficking or cooperation with law enforcement.

Submit additional evidence to satisfy this requirement. Your statement alone, however, is not sufficient. Regulation states that you may establish this by submitting:

- Documentation of a previous grant of advance parole to an eligible family member;
- A signed statement from a law enforcement official describing the danger of retaliation;
- An affirmative statement from the applicant describing the danger the family member faces and how the danger is linked to the victim's escape or cooperation with law enforcement (ordinarily an applicant's statement alone is not sufficient to prove present danger); and/or
- Any other credible evidence, including trial transcripts, court documents, police reports, news articles, copies of reimbursement forms for travel to and from court, and affidavits from other witnesses.

Regulations require the relationship to exist at the time the application for the T-1 nonimmigrant status is filed. The relationship must continue to exist at the time of the application for derivative status and at the time of the immediate family member's subsequent admission to the United States.

PLEASE RETURN THE REQUESTED INFORMATION AND ALL SUPPORTING DOCUMENTS
WITH THIS ORIGINAL REQUEST ON TOP TO:

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
38 RIVER ROAD
ESSEX JUNCTION VT  05479-0003